EAST BATON ROUGE PARISH
Filed Sep 14, 2021 2:24 PM
Deputy Clerk of Court
E-File Received Sep 14, 2021 1:44 PM

C-711359
21

# 19ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO.   711359 DIV 21                                    DIVISION " "

### RITA GARRETT

### VERSUS

### DG LOUISIANA, LLC d/b/a DOLLAR GENERAL, JOHN DOE, and ABC INSURANCE COMPANY

FILED:_____

                                DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **RITA GARRETT**, a person of the full age of majority and domiciled in the Parish of East Baton Rouge, respectfully represents:

1.

Made Defendants herein are:

**DG LOUISIANA, LLC d/b/a DOLLAR GENERAL ("Dollar General")**, a resident corporation authorized to do and doing business in the State of Louisiana;

**JOHN DOE**, a person of full age of majority and upon information and belief a domiciled in East Baton Rouge Parish and is a resident of the State of Louisiana; and

**ABC INSURANCE COMPANY**, upon information and belief, an insurance company authorized to do and doing business in this parish and state.

2.

All of which are justly and truly indebted unto your petitioner jointly, severally, and in solido, for such damages as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general and equitable relief, for the following, to wit:

3.

On or about September 19, 2020, petitioner, **RITA GARRETT** was shopping at **DOLLAR GENERAL** located at 6832 Florida Blvd., Baton Rouge, LA 70806, when suddenly and without warning she slipped and fell on a foreign substance which was on the floor, causing serious injuries as complained of herein.

**4.**

The accident referred to above, and the resulting injury and damages, were caused solely and proximately by the fault and negligence of **DOLLAR GENERAL**, through its agents and employees and negligence of the Manager **JOHN DOE**, in the following non-exclusive particulars:

    a.  failing to provide proper maintenance and keep their premises in a safe condition for their customers;

    b.  failure to make or take timely inspection of the area in question;

    c.  failing to properly train and/or supervise their employees as to methods of maintenance, repair, and inspection to ensure safe passage for their customers and prevent this type of accident from happening;

    d.  defendants knew or should have known of the unsafe condition of the area in question;

    e.  failure to remedy an unsafe and/or hazardous condition;

    f.  allowing a dangerous condition, i.e. a foreign substance on the floor, to exist for an unreasonable length of time in the area of question; and

    g.  any and all other acts of negligence which may be proven at the time of the trial of this matter.

That no action or inaction on the part of the petitioner caused or contributed to the happening of the incident aforesaid.

**5.**

As a result of the aforementioned incident, **RITA GARRETT** sustained severe and disabling injuries, including but not limited to injury to her head, face, neck, right shoulder, right hand, and upper and lower back and asserts to the Court that the damages need to be determined by this Court at the time of trial in the following particulars:

    a.  Past, present, and future pain and suffering;

    b.  Past, present, and future mental anguish;

    c.  Past, present, and future medical expenses; and

    d.  Permanent disability

**6.**

Defendant, **DOLLAR GENERAL** is responsible for the actions and/or inactions of its store manager, **JOHN DOE** by doctrine of respondeat superior and should respond in monetary damages.

**7.**

Upon information and belief, it is alleged that at all times material hereto **DOLLAR GENERAL** is believed to be insured by **ABC INSURANCE COMPANY,** and as such, **ABC INSURANCE COMPANY** is liable for all damages as explained of within.

WHEREFORE, Plaintiff prays that Defendants, **DG LOUISIANA, LLC d/b/a DOLLAR GENERAL, JOHN DOE, and ABC INSURANCE COMPANY,** be served with a certified copy of this Petition and duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of

Plaintiff and against Defendants in an amount reasonable for the injuries sustained by Plaintiff, together with legal interest from date of judicial demand and for all costs incurred and for all general and equitable relief.

Respectfully submitted,

**PICHON LAW FIRM, LLC**

Jeremy J. Pichon, LA Bar No. 32218
One Canal Place
365 Canal Street, Suite 1490
New Orleans, LA 70130
Direct: 504-576-0440
Facsimile: 504-576-0456

**Vernon W. Thomas, LA Bar No. 32727**
Vernon W. Thomas, Attorney at Law
1524 N. Claiborne Avenue
New Orleans, LA 70116
Office: 504-944-8460
Facsimile: 504-304-8460
*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE:**

**DG LOUISIANA, LLC d/b/a DOLLAR GENERAL**
Through their registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**JOHN DOE**
Please withhold service

**ABC INSURANCE COMPANY**
Please withhold service

**RETURN COPY**



**D7429608**

# CITATION

**RITA GARRETT**
(Plaintiff)

**VS**

 **DG LOUISIANA, LLC D/B/A DOLLAR GENERAL, ET AL**
(Defendant)

**NUMBER C-711359   SEC. 21**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   DG LOUISIANA, LLC D/B/A DOLLAR GENERAL**
      **THROUGH THEIR REGISTERED AGENT: CORPORATION SERVICE COMPANY**
      **501 LOUISIANA AVENUE**
      **BATON ROUGE, LA 70802**

GREETINGS:

     Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

     You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

     This citation was issued by the Clerk of Court for East Baton Rouge Parish on **SEPTEMBER 17, 2021.**

*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: PICHON, JEREMY J**
              **(504) 576-0440**

\*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20 ____.

SERVICE:$_____
MILEAGE$_____
TOTAL:   $_____



_____
Deputy Sheriff, Parish of East Baton Rouge

**CITATION-2000**

EAST BATON ROUGE PARISH
Filed Oct 19, 2021 11:33 AM          C-711359
Deputy Clerk of Court                     21
E-File Received Oct 19, 2021 10:09 AM

# 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO.  711-359                                                DIVISION "21"

### RITA GARRETT

**Versus**

### DG LOUISIANA, LLC, ET AL

FILED: _____        _____
                                                    **DEPUTY CLERK**

## DILATORY EXCEPTION OF VAGUENESS

**NOW INTO COURT**, through undersigned counsel, comes Exceptor, DG Louisiana, LLC
(incorrectly styled "DG Louisiana, LLC d/b/a Dollar General"), who files this Dilatory Exception to
the Petition for Damages filed by Plaintiff, Rita Garrett, pursuant to La. C.C.P. arts. 926 and 893.
For the reasons more fully explained in the accompanying Memorandum in Support, Defendant
excepts to the Petition as vague and ambiguous because it fails to state with specificity whether the
Plaintiff's alleged damages exceed or are less than the requisite amount required for federal
jurisdiction or a trial by jury, as required by La. C.C.P. art. 893.

**WHERFORE,** Exceptor, DG Louisiana LLC, prays this Court sustain its Dilatory
Exception, and that the Plaintiff be ordered to amend her lawsuit to state with specificity whether her
alleged damages exceed or are less than the requisite amount required for federal jurisdiction or a
trial by jury, as required by the Louisiana Code of Civil Procedure.

Respectfully submitted,

WANEK KIRSCH DAVIES LLC

_____
TREVOR C. DAVIES (32846)
SHANNON O. HARRISON (26163)
MAX C. HADLEY (38764)
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __19th__ day of October, 2021, I served a copy of the

foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United

States mail, properly addressed, and first class postage prepaid and/or by electronic means.

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.  711-359                                                 DIVISION "21"

RITA GARRETT

Versus

DG LOUISIANA, LLC, ET AL

FILED: _____          _____
                                                    DEPUTY CLERK

RULE TO SHOW CAUSE

CONSIDERING the foregoing Dilatory Exception;

IT IS ORDERED that the Plaintiff, Rita Garrett, appear and show cause on the __14__ day of

_____MARCH_____, 2022, at __9:30__ a.m. / p.m., why Exceptor's, DG Louisiana,

LLC, exception should not be sustained, requiring the Plaintiff to amend her lawsuit to state with

specificity whether her alleged damages exceed or are less than the requisite amount required for

federal jurisdiction or a trial by jury, as required by the Louisiana Code of Civil Procedure.

Baton Rouge, Louisiana, this __19__ day of _____October_____, 2021.

_____
                JUDGE
HONORABLE RONALD R. JOHNSON

PLEASE SERVE:

Plaintiff, Rita Garrett
through her attorney of record:

Jeremy J. Pichon
365 Canal Street, Suite 1490
New Orleans, LA 70130

EAST BATON ROUGE PARISH       C-711359
Filed Oct 19, 2021 11:33 AM           21
Deputy Clerk of Court
E-File Received Oct 19, 2021 10:09 AM

19th **JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO.  711-359                                                                DIVISION "21"

**RITA GARRETT**

**Versus**

**DG LOUISIANA, LLC, ET AL**

FILED: _____        _____

                                                    **DEPUTY CLERK**

## MEMORANDUM IN SUPPORT OF DILATORY EXCEPTION OF VAGUENESS

### Statement of Relevant Facts

Plaintiff, Rita Garrett, filed the instant lawsuit against Exceptor, DG Louisiana, LLC, on

September 14, 2021. In her Petition for Damages, Plaintiff alleges she was injured in a slip and fall

incident at a Dollar General Store located in Baton Rouge, Louisiana on September 19, 2020.[1] She

further alleges her injury was caused by Exceptor's negligence, and that Exceptor is liable for

damages.[2] Although the Petition prays for a general amount of damages, it fails to provide a general

allegation as to whether Plaintiff's damages exceed or are less than the requisite amount required for

federal jurisdiction or a trial by jury. The ambiguity caused by this failure forms the basis of this

Dilatory Exception.

### Applicable Law and Argument

Louisiana Code of Civil Procedure Article 893 — entitled "Pleading of damages" —

provides, in pertinent part:

> (A)(1) No specific monetary amount of damages shall be included in
> the allegations or prayer for relief of any original, amended, or
> incidental demand. The prayer for relief shall be for such damages as
> are reasonable in the premises **except that if a specific amount of
> damages is necessary to establish the jurisdiction of the court, the
> right to a jury trial, the lack of jurisdiction of federal courts due
> to insufficiency of damages, or for other purposes, a general
> allegation that the claim exceeds or is less than the requisite
> amount is required.** (Emphasis added)

The Louisiana Code of Civil Procedure further provides that when a petition for damages is vague

_____

[1] See Exhibit A, Petition for Damages, at Paragraph 3.
[2] See Exhibit A, Petition for Damages, at Paragraph 5.

and ambiguous, a defendant must object to the petition prior to or in the answer, or else the objection is waived.[3]

Here, Plaintiff's Petition alleges she was injured while shopping at a Dollar General store in Baton Rouge, Louisiana, and prays for such damages "in an amount reasonable for the injuries sustained by Plaintiff[.]"[4] While the Petition partially comports with Louisiana Civil Code of Procedure Article 893 by not pleading a *specific* amount of damages, the Petition violates Article 893 in that it fails to include a *general* allegation whether those damages exceed the requisite amount for a trial by jury in Louisiana ($50,000.00 at present) or whether they are in excess of $75,000.00 such that diversity subject matter jurisdiction might exist for removal of the instant matter to federal court.

At present, the Petition alleges a vague and ambiguous amount of damages, which affects Exceptor's rights as a litigant. In the event Plaintiff's damages exceed $75,000.00, Exceptor is entitled to remove this matter to federal court pursuant to 28 U.S.C. §1332. If Plaintiff's damages are less than $75,000.00, but in excess of $50,000.00, Exceptor is entitled to a trial by jury in this matter. A general allegation that Plaintiff's damages either exceed or are less than the requisite amount for federal jurisdiction or a trial by jury would let Exceptor know whether it can remove this case, request a jury trial, or neither. But at present, Exceptor is barred from making a decision because Plaintiff has failed to plead whether her recoverable damages exceed the threshold for federal jurisdiction or a right to a jury trial. In an effort to resolve this issue prior to hearing, counsel for Exceptor forwarded to Plaintiff, through her counsel, a letter on October 5, 2021, with a formal Stipulation requesting that she make known whether or not the damages sought exceed or are less than $75,000.00, $50,000, or greater than $50,000 but less than $75,000.00.[5] To date, Plaintiff has neither signed the stipulation to damages under $75,000 nor amended her petition to comply with Article 893. Thus, Exceptor is compelled to file the instant Exception. If Plaintiff amends her Petition to allege damages above $75,000 or if Plaintiffs stipulate that her damages are below $75,000, Exceptor will withdraw this Exception.

---

[3] La. C.C.P. arts 926 and 928.
[4] See Exhibit A, Petition for Damages, at WHEREFORE paragraph.

**WHERFORE,** Exceptor, DG Louisiana LLC, prays that this Dilatory Exception be granted, and that the Plaintiff be ordered to amend her lawsuit to include a general allegation whether her alleged damages exceed or are less than the requisite amount required for federal jurisdiction or a trial by jury, as is required by the Louisiana Code of Civil Procedure.

Respectfully submitted,

WANEK KIRSCH DAVIES LLC

TREVOR C. DAVIES (32846)
SHANNON O. HARRISON (26163)
MAX C. HADLEY (38764)
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___19th___ day of October, 2021, I served a copy of the foregoing Answer on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid and/or by electronic means.

---

[5] See Exhibit B, correspondence to plaintiff's counsel

EAST BATON ROUGE PARISH          C-711359
Filed Sep 14, 2021 2:24 PM              21
Deputy Clerk of Court
E-File Received Sep 14, 2021 1:44 PM

EAST BATON ROUGE PARISH          C-711359
Filed Oct 19, 2021 11:33 AM             21
Deputy Clerk of Court
E-File Received Oct 19, 2021 10:09 AM

19ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.    711359  DIV 21                         DIVISION "      "

RITA GARRETT

VERSUS

DG LOUISIANA, LLC d/b/a DOLLAR GENERAL, JOHN DOE,
and ABC INSURANCE COMPANY

FILED:_____
                                      _____
                                            DEPUTY CLERK

PETITION FOR DAMAGES

The petition of **RITA GARRETT**, a person of the full age of majority and domiciled in the Parish of East Baton Rouge, respectfully represents:

1.

Made Defendants herein are:

**DG LOUISIANA, LLC d/b/a DOLLAR GENERAL** ("Dollar General"), a resident corporation authorized to do and doing business in the State of Louisiana;

**JOHN DOE**, a person of full age of majority and upon information and belief a domiciled in East Baton Rouge Parish and is a resident of the State of Louisiana; and

**ABC INSURANCE COMPANY**, upon information and belief, an insurance company authorized to do and doing business in this parish and state.

2.

All of which are justly and truly indebted unto your petitioner jointly, severally, and in solido, for such damages as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general and equitable relief, for the following, to wit:

3.

On or about September 19, 2020, petitioner, **RITA GARRETT** was shopping at **DOLLAR GENERAL** located at 6832 Florida Blvd., Baton Rouge, LA 70806, when suddenly and without warning she slipped and fell on a foreign substance which was on the floor, causing serious injuries as complained of herein.

PAGE 1 OF 3          EXHIBIT A

Certified True and
Correct Copy
CertID: 2021091700491

*Myrih Recette*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/17/2021 11:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

The accident referred to above, and the resulting injury and damages, were caused solely and proximately by the fault and negligence of **DOLLAR GENERAL**, through its agents and employees and negligence of the Manager **JOHN DOE**, in the following non-exclusive particulars:

  a.  failing to provide proper maintenance and keep their premises in a safe condition for their customers;
  b.  failure to make or take timely inspection of the area in question;
  c.  failing to properly train and/or supervise their employees as to methods of maintenance, repair, and inspection to ensure safe passage for their customers and prevent this type of accident from happening;
  d.  defendants knew or should have known of the unsafe condition of the area in question;
  e.  failure to remedy an unsafe and/or hazardous condition;
  f.  allowing a dangerous condition, i.e. a foreign substance on the floor, to exist for an unreasonable length of time in the area of question; and
  g.  any and all other acts of negligence which may be proven at the time of the trial of this matter.

That no action or inaction on the part of the petitioner caused or contributed to the happening of the incident aforesaid.

5.

As a result of the aforementioned incident, **RITA GARRETT** sustained severe and disabling injuries, including but not limited to injury to her head, face, neck, right shoulder, right hand, and upper and lower back and asserts to the Court that the damages need to be determined by this Court at the time of trial in the following particulars:

  a.  Past, present, and future pain and suffering;
  b.  Past, present, and future mental anguish;
  c.  Past, present, and future medical expenses; and
  d.  Permanent disability

6.

Defendant, **DOLLAR GENERAL** is responsible for the actions and/or inactions of its store manager, **JOHN DOE** by doctrine of respondeat superior and should respond in monetary damages.

7.

Upon information and belief, it is alleged that at all times material hereto **DOLLAR GENERAL** is believed to be insured by **ABC INSURANCE COMPANY**, and as such, **ABC INSURANCE COMPANY** is liable for all damages as explained of within.

WHEREFORE, Plaintiff prays that Defendants, **DG LOUISIANA, LLC d/b/a DOLLAR GENERAL, JOHN DOE, and ABC INSURANCE COMPANY**, be served with a certified copy of this Petition and duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of

PAGE 2 OF 3



Certified True and
Correct Copy
CertID: 2021091700491

*Reynith Rosette*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/17/2021 11:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Plaintiff and against Defendants in an amount reasonable for the injuries sustained by Plaintiff, together with legal interest from date of judicial demand and for all costs incurred and for all general and equitable relief.

Respectfully submitted,

PICHON LAW FIRM, LLC

Jeremy J. Pichon, LA Bar No. 32218
One Canal Place
365 Canal Street, Suite 1490
New Orleans, LA 70130
Direct: 504-576-0440
Facsimile: 504-576-0456

Vernon W. Thomas, LA Bar No. 32727
Vernon W. Thomas, Attorney at Law
1524 N. Claiborne Avenue
New Orleans, LA 70116
Office: 504-944-8460
Facsimile: 504-304-8460
*ATTORNEYS FOR PLAINTIFF*

**PLEASE SERVE:**

**DG LOUISIANA, LLC d/b/a DOLLAR GENERAL**
Through their registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**JOHN DOE**
Please withhold service

**ABC INSURANCE COMPANY**
Please withhold service

PAGE 3 OF 3

Certified True and
Correct Copy
CertID: 2021091700491

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
9/17/2021 11:50 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# WKD Wanek Kirsch Davies LLC

**Trevor C. Davies**
Direct Dial: (504) 324-6459
E-Mail: tdavies@wkdlawfirm.com
*Licensed in Louisiana & Wisconsin

October 5, 2021

**VIA EMAIL ONLY**
Jeremy Pichon
Pichon Law Firm
365 Canal Place, Ste. 1490
New Orleans, LA 70130

        Re:    **Rita Garrett v DOLGEN CORP, et al**
                **19th JDC # 711,359**

Dear Mr. Pichon:

      Our firm has been retained to represent DG Louisiana, LLC, in this matter which you have filed on behalf of **Rita Garrett**. I note in your Petition that you fail to state whether or not your client's claim is less than or in excess of $75,000, or even whether or not the claim is in excess of $50,000.

      Louisiana law requires that a statement to establish jurisdiction of the court be made in the Petition for Damages, and reads in pertinent part:

      Art. 893. <u>Pleading of damages</u>

A.  (1) No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand. The prayer for relief shall be for such damages as are reasonable in the premises **<u>except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, the lack of jurisdiction of federal courts due to insufficiency of damages</u>**, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required. By interrogatory, an opposing party may seek specification of the amount sought as damages, and the response may thereafter be supplemented as appropriate.

      (2) If a petition is filed in violation of this Article, the claim for a specific monetary amount of damages shall be stricken upon the motion of an opposing party and <u>the court may award attorney's fees and costs against the party who filed the petition</u>.

1340 POYDRAS STREET, SUITE 2000 | NEW ORLEANS, LA 70112
PHONE: 504.324.6493 | FAX: 504.324.6626 | www.wkdlawfirm.com

**EXHIBIT B**

I would ask that you either amend your Petition to allege whether or not the damages sought are less than or greater than $75,000 and/or $50,000 to comply with Article 893 above or sign the attached Stipulation which then may be filed in the record. If you choose to do neither, we may at our option file an Exception with the court and will request attorney fees and costs associated therewith; Or, we may answer, propound discovery to you seeking a sum certain in damages or for you to quantify the amount of damages sought, and then address the jurisdiction issue with the court.

I am enclosing a formal stipulation regarding damages which I would appreciate you reviewing and signing if able. As always, please feel free to call me to discuss further.

I look forward to hearing from you and to working with you on this file.

Thanking you in advance,

Trevor C. Davies

/rd
Enclosure

**19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO.   711-359                                          DIVISION "21"

**RITA GARRETT**

**Versus**

**DG LOUISIANA, LLC, ET AL**

FILED: _____          _____
                                                            DEPUTY CLERK

**JOINT STIPULATION**

   **NOW INTO COURT**, through undersigned counsel, comes plaintiff, **Rita Garrett,** and

defendant, DG Louisiana, LLC., who hereby stipulate that the amount in controversy in this matter

does not exceed $75,000, exclusive of interest and costs.

   In the event plaintiff receives a judgment for the matters sued upon herein in any court in

excess of $75,000 plaintiff hereby stipulates that she waives her right to recover from any person, firm,

or corporation, whether or not named herein, any sum whatsoever in excess of $75,000 exclusive of

interest and cost.

   It is further stipulated that plaintiff will take no action whatsoever in any court, whether federal

or state, to execute, enforce, or record any judgment for the matters sued upon herein in excess of the

aforesaid amount ($75,000).

Respectfully Submitted:


**JEREMY PICHON (#32218)**              **TREVOR DAVIES (#32846)**
Pichon Law Firm                                Wanek Kirsch Davies
365 Canal Place, Ste. 1490                 1340 Poydras St., Ste. 2000
New Orleans, LA  70130                     New Orleans, LA  70112
jeremy@pichonlawfirm.com              tdavies@wkdlawfirm.com


**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing has been served on counsel of

record VIA ELECTRONIC MAIL this _____ day of October, 2021.


                              _____

EAST BATON ROUGE PARISH    C-711359
Filed Dec 30, 2021 10:22 AM       21
Deputy Clerk of Court

# WKD Wanek Kirsch Davies LLC

Cherice M. Suer, Legal Assistant
Direct Dial: 504-354-2339
E-Mail: csuer@wkdlawfirm.com

December 27, 2021

**VIA USPS PRIORITY MAIL**
**9405 5116 9900 0503 2841 53**
Clerk of Court - 19th JDC, Parish of East Baton Rouge
P.O. Box 1991
Baton Rouge, LA 70821-1991

> Re:    Rita Garrett v. DG Louisiana, et al
>        19th JDC, Case No. 711359, Sec. "C"

Dear Clerk:

Enclosed you will find a check in the amount of $65.00 for filing our Dilatory Exception of Vagueness. If you have any questions, please do not hesitate to call.

Sincerely,

*Cherice M. Suer*

Cherice M. Suer
Legal Assistant to Trevor C. Davies

/cms

1340 POYDRAS STREET, SUITE 2000 | NEW ORLEANS, LA 70112
PHONE: 504.324.6493 | FAX: 504.324.6626 | www.wkdlawfirm.com

**RETURN COPY**





**D7707565**

## RULE NISI

RITA GARRETT
(Plaintiff)

**NUMBER C-711359 21**

**VS**

**19th JUDICIAL DISTRICT COURT**

DG LOUISIANA, LLC D/B/A DOLLAR
GENERAL, ET AL
(Defendant)

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO: RITA GARRETT**
**THROUGH HER ATTORNEY OF RECORD**
**JEREMY J. PICHON**
**365 CANAL STREET, SUITE 1490**
**NEW ORLEANS, LA 70130**

01 711359 / 1 / 9801

01 / EN

Badge # 486



      The Mover in this case filed a **DILATORY EXCEPTION OF VAGUENESS**. Certified copies and the Court's Order are attached.

      You **MUST** come to Court at **09:30 AM** on **03/14/2022** in Room **10A**, 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

## * * * * * SEE ATTACHED ORDER * * * * *.

This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **OCTOBER 25, 2021**.



*Laura Rolchaux*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: HADLEY, MAXWELL C**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** |

**DOMICILIARY SERVIC** | leaving the same at his domicile
in this parish in the hands o | residing in the said domicile at

**DUE AND DILIGENT:** | his domicile, or anyone leg |

**RETURNED:** Parish of E |

(01) 711359 - Service Date 01/07/2022 Time 11:19 AM
RITA GARRETT THRU ATTY JEREMY J PICHON

Personal at 365 CANAL ST
Mark Perry # 486, Orleans
Rule; Serial# 1;
Served Jeremy Pichon

Signature

SERVICE:    $_____
MILEAGE:   $_____
TOTAL:      $_____

**RULE NISI –2027**

From:                                    03/08/2022 14:43      #446 P.020/036

11:19am
01-07-22
M.Perry
Served Jeremy Pichon

EAST BATON ROUGE PARISH    C-711359
Filed Feb 18, 2022 10:55 AM         21
Deputy Clerk of Court

# $\overline{\text{WKD}}$ Wanek Kirsch Davies LLC

Rachel Delorimier, Paralegal
Direct Dial: 504-322-2857
E-Mail: rdelorimier@wkdlawfirm.com

February 15, 2022

**VIA US MAIL**
Clerk of Court - 19th JDC, Parish of East Baton Rouge
P.O. Box 1991
Baton Rouge, LA 70821-1991

RE:    Rita Garrett v. DG Louisiana, et al - 19th JDC # 711359

Dear Sir or Madam:

Enclosed you will find an original and eleven copies of a Notice of Deposition for Records Only which we respectfully request that you file into the record and return clocked copies of same along with a receipt in the self-addressed stamped envelope provided.  In addition, please issue and serve a copy of the notice along with a subpoena duces tecum to the following custodians for records:

**Baton Rouge General - 8585 Picardy Ave, Baton Rouge, LA 70809**

**Spine Diagnostic & Pain Treatment Center - 5408 Flanders -Baton Rouge, LA 70808**

**Bluebonnet Imaging Center - 4570 Bluebonnet Blvd.- Baton Rouge, LA 70809**

**Spine Specialist of LA – 10629 Hillary Court - Baton Rouge, LA 70810**

**Carter Chiropractic - 660 N. Foster Dr. Ste A101 - Baton Rouge, LA 70806**

We have enclosed our firm's checks in the amount of $560.00 payable to the Clerk of Court for filing and service of same.  If you have any questions, please do not hesitate to contact me at (504) 322-2857.  With best wishes, I am,

Sincerely,

*Rachel Delorimier*
Rachel A. Delorimier
Paralegal to Trevor Davies

/rd
Enclosures

---

EAST BATON ROUGE PARISH   C-711359
Filed Feb 18, 2022 10:55 AM      21
   Deputy Clerk of Court

# 19ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO.  711-359                                              DIVISION "21"

### RITA GARRETT

**Versus**

### DG LOUISIANA, LLC, ET AL

FILED: _____        _____
                                                        **DEPUTY CLERK**

## NOTICE OF DEPOSITION FOR RECORDS ONLY

TO:   **Rita Garrett**
       Through her Attorney of Record:
       Jeremy Pichon
       Pichon Law Firm
       365 Canal Place, Ste. 1490
       New Orleans, LA  70130

   **PLEASE TAKE NOTICE** that defendant, **DG Louisiana, LLC**, through undersigned

counsel, will take the records depositions of the Custodians of Records for **Baton Rouge General**

**Medical Center, The Spine Diagnostic and Pain Treatment Center-Dr. Turnipseed,**

**Bluebonnet Imaging Center, Spine Specialist of LA, Walgreens Pharmacy and Carter**

**Chiropractic** at the offices of Wanek Kirsch Davies LLC, 1340 Poydras Street, Suite 2000, New

Orleans, Louisiana 70112, on the **10ᵗʰ day of March, 2022, at 10:00 a.m.**, before a court reporter or

other official duly authorized to administer oaths and record oral testimony.

   Furthermore, in accordance with Louisiana Code of Civil Procedure, defendant gives notice

that subpoenas duces tecum have been issued to the aforesaid Custodians of Records or an appointed

representative, to produce:

   **A CERTIFIED COPY** of any and all medical records, correspondence, handwritten
   office notes, electronic notes, billing records, prescriptions, x-ray films, x-ray reports,
   MRI films and reports, CT scan films and reports, myelogram films and reports, EEG
   reports, EMG and nerve conduction study reports, computer images of any and all
   MRI's, CT scans, myelograms, PET scans, etc., tests, test results, hospital records,
   outpatient, physical therapy records, or any other records pertaining to the care and
   treatment of **Rita Garrett; DOB: 1/13/51; SSN: XXX-XX-0134.**

with said subpoena duces tecum returnable at the time of the scheduled depositions as above.

THIS IS A RECORDS DEPOSITION ONLY.  NO ORAL TESTIMONY WILL BE REQUIRED IF

THE RECORDS ARE PRODUCED BY **March 10, 2022.**

Respectfully submitted,

TREVOR C. DAVIES (# 32846)
SHANNON O. HARRISON (# 26163)
MICHAEL L. BALLERO (#36793)
WANEK KIRSCH DAVIES LLC
1340 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
E-Mail: tdavies@WKDlawfirm.com
ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by forwarding same by certified mail, return receipt requested, this 10th day of February, 2022.

EAST BATON ROUGE PARISH
Filed Feb 18, 2022 10:55 AM    C-711359
Deputy Clerk of Court    21

# AFFIDAVIT

**BEFORE ME,** the undersigned Notary, personally appeared:

## TREVOR C. DAVIES

who, after being duly sworn, did depose and state:

1. In accordance with L.S.A.-R.S. 13.3715.1(B) as amended by Act 660, Act 988 and Act 1250,

   he did serve upon Rita Garrett, plaintiff who is a party to the litigation in the matter entitled

   *Rita Garrett versus DG Louisiana*, et al, Docket No. 711-359 on the docket of the 19th JDC

   Parish of East Baton Rouge, State of Louisiana, through her attorney of record, Jeremy Pichon,

   by certified mail at least seven days prior to the issuance thereof, a Notice of Deposition for

   Records giving notice that Subpoenas Duces Tecum would be issued to the Custodians of

   Records for **Baton Rouge General Medical Center, The Spine Diagnostic and Pain**

   **Treatment Center- Dr. Turnipseed, Bluebonnet Imaging Center, Spine Specialist of LA,**

   **Walgreens Pharmacy and Carter Chiropractic** for the production of the following:

   **A CERTIFIED COPY** of any and all medical records, correspondence, handwritten
   office notes, electronic notes, billing records, prescriptions, x-ray films, x-ray reports,
   MRI films and reports, CT scan films and reports, myelogram films and reports, EEG
   reports, EMG and nerve conduction study reports, computer images of any and all
   MRI's, CT scans, myelograms, PET scans, etc., tests, test results, hospital records,
   outpatient, physical therapy records, or any other records pertaining to the care and
   treatment of **Rita Garrett; DOB: 1/13/51; SSN: XXX-XX-0134.**

2. That he has requested and caused subpoenas to be issued and directed to the aforesaid

   Custodians of Records, requesting the same documents as set forth above to be provided on the

   10th day of March, 2022.



SWORN TO AND SUBSCRIBED

BEFORE ME, NOTARY, THIS

17th DAY OF FEBRUARY, 2022.



_____
NOTARY PUBLIC

OFFICIAL SEAL
**MICHAEL L. BALLERO**
BAR ROLL # 36793
STATE OF LOUISIANA
PARISH OF ORLEANS
My Commission Is for Life

EAST BATON ROUGE PARISH
Filed Feb 23, 2022 1:27 PM
Deputy Clerk of Court
E-File Received Feb 23, 2022 9:44 AM

C-711359
21

**19ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. 711-359                                                        DIVISION "21"

**RITA GARRETT**

**VERSUS**

**DG LOUISIANA, LLC, ET AL**

FILED:_____        _____
                                                         **DEPUTY CLERK**

**PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL
PETITION FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, comes petitioner **RITA GARRETT,** who wishes to amend the original *Petition for Damages* in the above-captioned matter in the following respects:

I.

Except as amended herein, Plaintiff re-avers and re-alleges every allegation contained in the original *Petition for Damages* as pled herein *in extenso.*

II.

By adding Paragraph 8 of the original petition to read as follows:

8.

Upon information and belief, Plaintiff's damages exceed $75,000.00.

**WHEREFORE,** Plaintiff, **RITA GARRETT** prays:

1. That her original *Petition for Damages* be supplemented and amended in the above particulars;

2. That Defendants, **DG LOUISIANA, JOHN DOE, and ABC INSURANCE COMPANY** be served with a copy of this *First Amended and Supplemental Petition for Damages,* and be cited to appear and answer the same; and

3. After all due proceedings are had that there be judgment in favor of Plaintiff, **RITA GARRETT,** and against Defendants **DG LOUISIANA, LLC, JOHN DOE, and ABC INSURANCE COMPANY** jointly, severally, and *in solido* for damages as are reasonable in the premises with legal interest thereon from date of judicial demand and all general and equitable relief deemed proper by this Honorable Court.

*(Signature block on next page)*

Respectfully submitted,

**PICHON LAW FIRM, LLC**

Jeremy J. Pichon, LA Bar No. 32218
One Canal Place
365 Canal Street, Suite 1490
New Orleans, LA 70130
Direct: 504-576-0440
Facsimile: 504-576-0456
Email: jeremy@pichonlawfirm.com

*ATTORNEY FOR PLAINTIFF*

**PLEASE SERVE THE FOLLOWING DEFEDANTS WITH CERTIFIED COPIES OF:**

1. Plaintiff's First Amended Petition for Damages

**DG LOUISIANA, LLC**
Service to be completed under LA CCP art. 1313.

**JOHN DOE**
Please hold service

**ABC INSURANCE COMPANY**
Please hold service

EAST BATON ROUGE PARISH
Filed Feb 23, 2022 3:25 PM
Deputy Clerk of Court
E-File Received Feb 23, 2022 3:22 PM

C-711359
21

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.  711-359                                                        DIVISION "21"

RITA GARRETT

Versus

DG LOUISIANA, LLC, ET AL

FILED: _____        _____
                                                      DEPUTY CLERK

## ANSWER TO PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL PETITION FOR DAMAGES WITH JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes defendant, DG Louisiana, LLC, who responds to plaintiff's First Amended and Supplemental Petition for Damages by averring as follows:

1.

DG Louisiana, LLC, responds to the allegations contained in paragraph I of plaintiff's First Amended and Supplemental Petition for Damages with the same denials and responses contained in DG Louisiana, LLC's Answer to the original Petition for Damages as if pled in extenso.

2.

Defendant, DG Louisiana denies the allegations contained in paragraph II of plaintiff's First Amended and Supplemental Petition for Damages as it supplements the original Petition for Damage by adding a paragraph 8.

3.

To the extent an Answer to the "WHEREFORE" section of plaintiff's First Amended and Supplemental Petition is required, defendant DG Louisiana, LLC, denies the allegations contained therein.

4.

Defendant prays for a jury trial on all issues.

WHEREFORE, defendant, DG Louisiana, LLC prays that this Answer be deemed good and sufficient and after due proceedings are had, there be judgment herein in its favor, dismissing

plaintiff's suit, with prejudice, at his cost.  Defendant demands a jury trial on all issues.

Respectfully Submitted:

TREVOR C. DAVIES (32846)
SHANNON O. HARRISON (26163)
WANEK KIRSCH DAVIES LLC
1340 Poydras Street, Suite 2000
New Orleans, LA  70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this *23rd* day of  February 2022, I served a copy of the foregoing Answer on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid and/or by electronic means.

EAST BATON ROUGE PARISH          C-711359
Filed Feb 24, 2022 11:24 AM            21
Deputy Clerk of Court
E-File Received Feb 24, 2022 11:20 AM

## 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO.  711-359                                                    DIVISION "21"

### RITA GARRETT

#### Versus

### DG LOUISIANA, LLC, ET AL

FILED: _____        _____
                                                        **DEPUTY CLERK**

### <u>ANSWER WITH JURY DEMAND</u>

**NOW INTO COURT,** through undersigned counsel, comes defendant, DG Louisiana, LLC, who responds to plaintiff's Petition for Damages by averring as follows:

1.

DG Louisiana, LLC, admits that it is a foreign limited liability company licensed to do and doing business in Louisiana.  The remaining allegations are denied.

2.

Defendant, DG Louisiana denies the allegations contained in paragraph 2 of plaintiff's Petition for Damages.

3.

Defendant, DG Louisiana denies the allegations contained in paragraph 3 of plaintiff's Petition for Damages.

4.

Defendant DG Louisiana denies the allegations contained in paragraph 4 of plaintiff's Petition for Damages.

5.

Defendant DG Louisiana denies the allegations contained in paragraph 5 of plaintiff's Petition for Damages,  including subparagraphs (a) through (d).

6.

Defendant DG Louisiana denies the allegations contained in paragraph 6 of plaintiff's Petition for Damages.

7.

Defendant DG Louisiana avers that it is self-insured with a self-insured retention in excess of

the potential value of this claim.

**8.**

To the extent an Answer to the "WHEREFORE" section of plaintiff's Petition is required, defendant DG Louisiana, LLC, denies the allegations contained therein.

AND NOW further answering, defendant avers as follows:

**9.**

Defendant avers that the subject incident in question was caused by a person or persons over whom this defendant has no legal responsibility or control.

**10.**

Further answering, defendant avers that the plaintiff has failed to mitigate her damages and any damages awarded, which are specifically denied, should be reduced accordingly.

**11.**

Further answering, defendant avers that it is entitled to all the protections afforded it pursuant to LSA-R.S. 9:2800.6, et seq., including but not limited to lack of either actual or constructive notice, that no dangerous or defective condition existed at the time, and that the plaintiff lacks evidence necessary to carry her burden of proof at trial.

**12.**

Further answering, defendant is entitled to a credit for any payments made to or on behalf of the plaintiff for any damages complained of herein, whether those damages or payments have already been made or shall be made in the future.

**13.**

Further answering, defendant avers that plaintiff's injuries pre-existed the alleged accident and therefore defendant is not responsible to him for those alleged injuries; or that defendant is only liable to the extent that the plaintiff is able to meet her burden of proving that his preexisting condition was aggravated or made worse by the subject accident which was caused due to the fault of defendant herein.

**14.**

Further answering, defendant avers that the subject accident was not caused by the defendant or any of its employees, but instead the incident was caused by the sole fault and/or negligence on the part of the plaintiff, Rita Garrett, in the following non-exclusive particulars, to wit:

a)   Failing to see what she should have seen;

b)   Failing to maintain a proper lookout;

c)      For such other acts of negligence which will be shown at the trial of this matter.

15.

Further answering, defendant demands a jury trial on all issues.

WHEREFORE, defendant, DG Louisiana, LLC prays that this Answer be deemed good and sufficient and after due proceedings are had, there be judgment herein in its favor, dismissing plaintiff's suit, with prejudice, at his cost. Defendant demands a jury trial on all issues.

Respectfully Submitted:

TREVOR C. DAVIES (32846)
SHANNON O. HARRISON (26163)
WANEK KIRSCH DAVIES LLC
1340 Poydras Street, Suite 2000
New Orleans, LA  70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this $24$ day of February 2022, I served a copy of the foregoing Answer on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid and/or by electronic means.

EAST BATON ROUGE PARISH
Filed Feb 24, 2022 11:24 AM
Deputy Clerk of Court
E-File Received Feb 24, 2022 11:20 AM

C-711359
21

## 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

### STATE OF LOUISIANA

NO.   711-359                                               DIVISION "21"

### RITA GARRETT

#### Versus

### DG LOUISIANA, LLC, ET AL

FILED: _____        _____
                                                     **DEPUTY CLERK**

### REQUEST FOR NOTICE

**NOW INTO COURT,** comes defendant, DG Louisiana, which pursuant to the provisions of

LCCP articles 1913 and 1914, requests that the clerk give the undersigned counsel ten (10) days notice

of the signing of any Order and/or Judgment herein.

**IT IS FURTHER** requested that the clerk give written notice of the trial date, or the date set

for hearing or the date of any motions or pleadings, at least ten (10) days before said trial or hearing

date, pursuant to the provisions of LCCP article 1572.

                                        Respectfully Submitted:

                                        _____
                                        TREVOR C. DAVIES (32846)
                                        SHANNON O. HARRISON (26163)
                                        WANEK KIRSCH DAVIES LLC
                                        1340 Poydras Street, Suite 2000
                                        New Orleans, LA  70112
                                        Telephone: (504) 324-6493
                                        Facsimile: (504) 324-6626

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24 day of February, 2022, I served a copy of the
foregoing Answer on counsel for all parties to this proceeding, by mailing the same by United States
mail, properly addressed, and first class postage prepaid and/or by electronic means.

**RETURN COPY**



D8462053

## SUBPOENA DUCES TECUM

RITA GARRETT
(Plaintiff)

NUMBER C-711359 21

19th JUDICIAL DISTRICT COURT

VS

PARISH OF EAST BATON ROUGE

DG LOUISIANA, LLC D/B/A DOLLAR
GENERAL, ET AL
(Defendant)

STATE OF LOUISIANA

TO:    CUSTODIAN OF RECORDS
       SPINE SPECIALIST OF LA
       10629 HILLARY COURT
       BATON ROUGE, LA 70810

You have been ordered by the Court to produce in the office of:

WANEK KIRSCH DAVIES LLC
1340 POYDRAS STREET, SUITE 2000
NEW ORLEANS, LOUISIANA 70112

at **10:00 A.M.** on **MARCH 10, 2022** the following:

***SEE ATTACHED NOTICE OF DEPOSITION AND
AFFIDAVIT FOR ITEMS TO BE PRODUCED***
***SEE ATTACHED CODE OF CIVIL PROCEDURE ARTICLE 1354***

        If this case is continued, you must bring those items back with you.  If you do not come and do not
bring these items, you will be violating the law and may be subject to penalties.

        This SUBPOENA was requested by Attorney **DAVIES, TREVOR C** and was issued by the Clerk of
Court on **FEBRUARY 22, 2022**.



*Alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**

Received on the 28 day of Feb , 2022 and on the 28 day of Feb , 2022, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at 10629 Hillary Ct. thru Sec. Corina @ 12:50pm

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his
domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this 28 day of Feb , 2022

SERVICE:      $_____
MILEAGE      $_____          Deputy Sheriff
TOTAL:        $_____

SUBPOENA DUCES TECUM (Office) –2059

**RETURN COPY**



**D8462020**

## SUBPOENA DUCES TECUM

**RITA GARRETT**
(Plaintiff)

**NUMBER C-711359 21**

**19th JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**DG LOUISIANA, LLC D/B/A DOLLAR
GENERAL, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:
**CUSTODIAN FOR RECORDS
BLUEBONNET IMAGING CENTER
4570 BLUEBONNET BOULEVARD
BATON ROUGE, LA 70809**

You have been ordered by the Court to produce in the office of:

**WANEK KIRSCH DAVIES LLC
1340 POYDRAS STREET, SUITE 2000
NEW ORLEANS, LOUISIANA 70112**

at **10:00 A.M.** on **MARCH 10, 2022** the following:

***SEE ATTACHED NOTICE OF DEPOSITION AND AFFIDAVIT FOR ITEMS TO BE
PRODUCED***
***SEE ATTACHED CODE OF CIVIL PROCEDURE ARTICLE 1354***

If this case is continued, you must bring those items back with you. If you do not come and do not
bring these items, you will be violating the law and may be subject to penalties.

This SUBPOENA was requested by Attorney **DAVIES, TREVOR C** and was issued by the Clerk of
Court on **FEBRUARY 22, 2022.**



*Alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**
Received on the _____ day of FEB 2 8 2022 , 20____ and on the _____ day of FEB 2 8 2022 20_____, served
on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at *1105A April Whiten  4570 Bluebonnet
Blvd #A*

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at

_____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of FEB 2 8 2022 _____

SERVICE:    $_____                              *Deputy Sheriff*
MILEAGE:   $_____
TOTAL:       $_____

SUBPOENA DUCES TECUM (Office) –2059

## RETURN COPY



**D8462046**

## SUBPOENA DUCES TECUM

| | |
|---|---|
| **RITA GARRETT**<br>(Plaintiff) | **NUMBER C-711359 21** |
| | |
| **VS** | **19ᵗʰ JUDICIAL DISTRICT COURT** |
| | |
| **DG LOUISIANA, LLC D/B/A DOLLAR**<br>**GENERAL, ET AL**<br>(Defendant) | **PARISH OF EAST BATON ROUGE**<br><br>**STATE OF LOUISIANA** |

**CUSTODIAN FOR RECORDS:**
TO:   **SPINE DIAGNOSTIC & PAIN TREATMENT CENTER**
         **5408 FLANDERS**
         **BATON ROUGE, LA 70808**

You have been ordered by the Court to produce in the office of:

**WANEK KIRSCH DAVIES LLC**
**1340 POYDRAS STREET, SUITE 2000**
**NEW ORLEANS, LOUISIANA 70112**

at **10:00 A.M.** on **MARCH 10, 2022** the following:

**\*\*\*SEE ATTACHED NOTICE OF DEPOSITION AND**
  **AFFIDAVIT FOR ITEMS TO BE PRODUCED\*\*\***
**\*\*\*SEE ATTACHED CODE OF CIVIL PROCEDURE ARTICLE 1354\*\*\***

   If this case is continued, you must bring those items back with you. If you do not come and do not bring these items, you will be violating the law and may be subject to penalties.

   This SUBPOENA was requested by Attorney **DAVIES, TREVOR C** and was issued by the Clerk of Court on **FEBRUARY 22, 2022.**



*alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**
Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE **made service on the named party**
MILEAGE   . $_____                                    _____
TOTAL **by tendering a copy of this document on this day**         Deputy Sheriff

SUBPOENA DUCES TECUM (Office) –2059

MAR 02 2022
to *T. Wilson /pcb*
*R. Lan C*
Deputy Sheriff, Parish of East Baton Rouge, LA

# RETURN COPY



**D8462012**

## SUBPOENA DUCES TECUM

**RITA GARRETT**
(Plaintiff)

**VS**

**DG LOUISIANA, LLC D/B/A DOLLAR GENERAL, ET AL**
(Defendant)

**NUMBER C-711359 21**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**CUSTODIAN FOR RECORDS**
**TO:   BATON ROUGE GENERAL**
**8585 PICARDY AVENUE**
**BATON ROUGE, LA 70809**
You have been ordered by the Court to produce in the office of:

**WANEK KIRSCH DAVIES LLC**
**1340 POYDRAS STREET, SUITE 2000**
**NEW ORLEANS, LOUISIANA 70112**

at **10:00 A.M.** on **MARCH 10, 2022** the following:

**\*\*\*SEE ATTACHED NOTICE OF DEPOSITION AND**
**AFFIDAVIT FOR ITEMS TO BE PRODUCED\*\*\***
**\*\*\*SEE ATTACHED CODE OF CIVIL PROCEDURE ARTICLE 1354\*\*\***

If this case is continued, you must bring those items back with you. If you do not come and do not bring these items, you will be violating the law and may be subject to penalties.

This SUBPOENA was requested by Attorney **DAVIES, TREVOR C** and was issued by the Clerk of Court on **FEBRUARY 22, 2022.**



*Alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

---

**SERVICE INFORMATION:**
Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served
on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at
_____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:        $_____                    _____
MILEAGE/SERVICE on the named party                        Deputy Sheriff
TOTAL: .         $_____
by tendering a copy of this document on this day
                                    SUBPOENA DUCES TECUM (Office) –2059

MAR 0 2 2022
to K. *Raymond / ELC*

*R Landry 0675*
Deputy Sheriff, Parish of East Baton Rouge, LA